UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YOU AN LI,<br><br>　　　　　Defendant. | Case No. 2:17-CR-0136 DCJ<br><br>[~~PROPOSED~~] TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. § 4285, 18 U.S.C. § 3006A |

**ORDER**

　　GOOD CAUSE APPEARING: Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish You An Li with the cost of travel from Georgetown, South Carolina to Sacramento, CA on August 21, 2024, so that he may attend Court on August 22, 2024. Additionally, the United States Marshal shall provide Mr. Li with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

　　THE COURT FURTHER ORDERS pursuant to 18 U.S.C. §3006A, disbursement of Criminal Justice Act (CJA) funds to furnish defense counsel, Candice Fields, to reimburse her for the cost of lodging, food, and incidental expenses while Mr. Li is in Sacramento, California between August 21- 22, 2024, in connection with his court appearance on August 22, 2024. It is further ordered that CJA funds

- 1 -

shall be disbursed for travel and subsistence to enable Mr. to return to his home in South Carolina when that court proceeding is completed.

To the extent possible, advance authorization is approved for reimbursement of defense counsel for the following expenditures: Mr. Li's airfare back to South Carolina from Sacramento at $408, lodging on August 21, 2024, in Sacramento for at $145.00 before taxes and fees ($169.14 total), one days' per diem at $64.00, $30.00 for transportation back to the airport for the flight back to South Carolina (10 miles), and $75 for transportation from the airport in South Carolina to his home (36 miles).

The total amount to be reimbursed defense counsel for Mr. Li is not to exceed $747, plus reasonable expenses, fees, and taxes.

IT IS SO ORDERED.

Dated: August 19, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE