MICHELE BECKWITH
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0136 DJC |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF SENTENCING; FINDINGS AND ORDER** |
| v. | |
| YOU AN LI, | DATE: March 6, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |
| Defendant. | |

Defendant You An Li and through his counsel of record is requesting a continuance of his sentencing hearing which is presently set for March 6, 2025. AUSA Roger Yang, on behalf of the United States Attorney's Office, and USPO Miranda Lewis, on behalf of the United States Probation Office, have no objection to the requested continuance. Counsel for Defendant needs additional time to explain aspects of the pre-sentence report with the aid of an interpreter, and to otherwise prepare the defendant for sentencing. In addition, the parties anticipate additional filings in support of sentencing.

The Parties hereby stipulate to re-set the schedule for the Presentence Report as follows:

//
//
//
//
//

| | |
|---|---|
| Judgment and Sentencing Date: | July 3, 2025 at 9:00 AM |
| Reply, or Statement of Non-Opposition: | June 26, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | June 20, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | June 12, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 05, 2025 |
| The draft Presentence Report shall be disclosed to counsel no later than: | May 22, 2025 |

Dated: February 26, 2025

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
You An Li

Dated: February 26, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

ORDER

IT IS SO FOUND AND ORDERED this 26th day of February, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER

2