CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Tel:  (916) 414-8050
Fax: (916) 790-9450
Email: cfields@candicefieldslaw.com

Counsel for Defendant
You An Li

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>YOU AN LI,<br><br>          Defendant. | Case No. 2:17-CR-136-DJC<br><br>STIPULATION TO CONTINUE SENTENCING DATE; ORDER |

    1.    By previous order, this matter was set for a sentencing hearing on July 3, 2025.

    2.    By this stipulation, the defendant now moves to continue his sentencing hearing to July 31, 2025, at 9:00 AM.

    3.    The parties agree and stipulate, and request that the Court find the following:

        a.    The Superseding Indictment in this case charges the defendant with two offenses: a violation of 21 U.S.C. § 846, 84l(a)(l), Conspiracy to Manufacture at least 1,000 marijuana plants (Count One), three violations of 21 U.S.C. § 84l(a)(l), Manufacture of at least 100 marijuana plants (Counts Four, Five, and Nine), violations of 18 U .S.C. § 1956(h), Conspiracy to Launder Money (Counts Twenty-One and Twenty-Four), and violations of 18 U.S.C. § 1956(a)(2)(A), International Money Laundering (Counts Twenty-Two, Twenty-Six, Twenty-Seven, and Twenty-Eight).

b.  On August 22, 2024, the defendant pled guilty to Count Five of the Superseding Indictment.

c.  After the parties stipulated to set the sentencing hearing on July 3, 2025, counsel for the defendant became unavailable due to a medical procedure that has been scheduled on that same date.

d.  The government does not object to a short continuance of the defendant's sentencing hearing due to defense counsel's unavailability.

4.  Based on the above-stated findings, good cause exists to continue the defendant's sentencing hearing in this matter from July 3, 2025, to July 31, 2025.

5.  The parties request the following modifications to the disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | July 31, 2025 |
| Reply, or Statement of Non-Opposition: | July 24, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | July 17, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | July 10, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | July 03, 2025 |
| The draft Presentence Report shall be disclosed to counsel no later than: | June 18, 2025 |

IT IS SO STIPULATED.

Dated:  June 2, 2025                                MICHELE BECKWITH
                                                                      Acting United States Attorney


                                                                       /s/ ROGER YANG
                                                                      ROGER YANG
                                                                      Assistant United States Attorney


Dated:  June 2, 2025                                /s/ CANDICE L. FIELDS
                                                                      CANDICE L. FIELDS
                                                                      Counsel for Defendant
                                                                      YOU AN LI

**ORDER**

IT IS SO ORDERED this 2nd day of June, 2025.

Dated:  June 2, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE