CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Tel:  (916) 414-8050
Fax: (916) 790-9450
Email: cfields@candicefieldslaw.com

Counsel for Defendant
You An Li

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>YOU AN LI,<br><br>             Defendant. | Case No. 2:17-CR-136-DJC<br><br>REQUEST TO CONTINUE SENTENCING DATE; ORDER |

    1.    By previous order, this matter was set for a sentencing hearing on July 31, 2025.

    2.    Defendant You An Li now moves to continue his sentencing hearing to October 16, 2025.

    3.    The defendant requests that the Court find the following:

        a.    The Superseding Indictment in this case charges the defendant with two offenses: a violation of 21 U.S.C. § 846, 84l(a)(l), Conspiracy to Manufacture at least 1,000 marijuana plants (Count One), three violations of 21 U.S.C. § 84l(a)(l), Manufacture of at least 100 marijuana plants (Counts Four, Five, and Nine), violations of 18 U.S.C. § 1956(h), Conspiracy to Launder Money (Counts Twenty-One and Twenty-Four), and violations of 18 U.S.C. § 1956(a)(2)(A), International Money Laundering (Counts Twenty-Two, Twenty-Six, Twenty-Seven, and Twenty-Eight).

b. On August 22, 2024, the defendant pled guilty to Count Five of the Superseding Indictment.

c. After the parties stipulated to set the sentencing hearing on July 31, 2025, counsel for the defendant was informed that, as of the week of July 7, 2025, funding for Criminal Justice Act (CJA) panel attorneys and their related vendors including interpreters and investigators has been fully depleted, prompting courts to defer all panel voucher payments until new allocations arrive no earlier than October 1, 2025. It is counsel's understanding that once Congress passes the new budget (or a continuing resolution with updated funds), courts will resume payments including any backlogged vouchers. However, this assumes Congress includes sufficient funding for both current and past-due obligations.

d. The defendant, who resides in South Carolina, is represented by counsel under CJA appointment. Due to the above-described funding deferral, a July 31, 2025 sentencing hearing would cause the following financial burdens: (1) compensation to the interpreter would be delayed for defense-requested interpreter services including meetings with the defendant for review of the PSR and preparation for sentencing; (2) compensation to defense counsel would be delayed for all services related to sentencing including client meetings, brief drafting, and preparation for and attendance at the sentencing hearing; (3) reimbursement to defense counsel would be delayed for expenses related to the defendant's travel-related expenses not covered by the Marshal's Office, including the defendant's hotel and incidentals. (The fact that CJA defense counsel must pay up front for these expenses with later reimbursement through the CJA is already an unpleasant burden; requiring defense counsel to carry such expenses for several months or more until whenever funding becomes available is conceptually. if not actually. an undue burden especially when counsels' credit should be preserved for their own needs during this financially challenging situation).

e. The government takes no position regarding the requested continuance.

4. Based on the above-stated findings, good cause exists to continue the defendant's sentencing hearing in this matter from July 31, 2025, to October 16, 2025.

5. The defendant requests the following amended disclosure schedule:

- 2 -

| | |
|---|---|
| Judgment and Sentencing Date: | October 16, 2025 |
| Reply, or Statement of Non-Opposition: | October 9, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 2, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | Completed |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | Completed |
| The draft Presentence Report shall be disclosed to counsel no later than: | Completed |

Dated: July 15, 2025                               /s/ CANDICE L. FIELDS
                                                                               CANDICE L. FIELDS
                                                                               Counsel for Defendant
                                                                               YOU AN LI

## ORDER

IT IS SO ORDERED this 16th day of July, 2025.

Dated: July 16, 2025                               /s/ Daniel J. Calabretta
                                                                            THE HONORABLE DANIEL J. CALABRETTA
                                                                            UNITED STATES DISTRICT JUDGE