CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Tel:  (916) 414-8050
Fax: (916) 790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
YOU AN LI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>YOU AN LI,<br><br>　　　　Defendant. | Case No. 2:17-CR-00136-DJC<br><br>**MOTION FOR LEAVE TO FILE SUPPLEMENTAL SENTENCING MEMORANDUM AND LODGE LATE PSR OBJECTIONS AND; ORDER**<br><br>Date: October 16, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |

## I.

## INTRODUCTION

Defendant You An Li moves under Fed. R. Crim. P. 32(i)(1)(D) for leave to lodge limited objections to the Presentence Report (PSR) and to file the attached Supplemental Sentencing Memorandum.

**Good cause.** These objections concern (1) the PSR's recommendation of a $10,000 fine based primarily on a life-insurance policy, and (2) tailoring of the employment condition on supervised release to account for Defendant's age and medical limitations. The issues are discrete and can be resolved on the papers without witness testimony or a continuance. Allowing these late objections will promote accuracy in sentencing and will not prejudice the government or delay the hearing.

1  **Relief requested.** Permit the defense to (a) object to the recommended fine and (b)
2  request modification of the employment condition as set out in the Supplemental
3  Memorandum filed contemporaneously.

Dated:  October 14, 2025

Respectfully submitted,

CANDICE FIELDS LAW, PC

By:   /s/ Candice L. Fields
CANDICE L. FIELDS
Attorney for YOU AN LI

# **ORDER**

The Court has considered Defendant's Motion for Leave to Lodge Late Presentence Report (PSR) Objections and to file a Supplemental Sentencing Memorandum. For good cause shown under Fed. R. Crim. P. 32(i)(1)(D), IT IS ORDERED:

1. Leave Granted. The motion is GRANTED.
2. Late Objections Accepted. Defendant may lodge the limited PSR objections identified in the motion, notwithstanding the deadline in Rule 32(f).
3. Supplemental Memorandum Authorized. Defendant may file the Supplemental Sentencing Memorandum referenced in the motion.
4. Filing as of Today. The objections and memorandum are deemed filed October 14, 2025.
5. Optional Responses. Any response by the government or Probation may be filed **by noon on October 15, 2025,** or addressed at the sentencing hearing. The United States is permitted to respond to these objections in writing or at the sentencing hearing.

IT IS SO ORDERED.

Dated:  October 14, 2025         /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE